Case 3:21-cr-02223-JAH   Document 71   Filed 01/26/24   PageID.154   Page 1 of 1

AO 247 (Rev. 11/11:CASD 05/15)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>Miguel Angel Alvarez | Case No: 3:21-cr-02223-JAH<br>USM No: 56043-298 |
| Date of Original Judgment: 07/13/2023<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | Payam Fakharara, Federal Defenders<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon the joint motion [✔] of the parties [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. §3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.   [✔] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   33   months **is reduced to**   30  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   07/13/2023   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   01/26/2024

Effective Date:   02/01/2024
*(if different from order date)*

*Judge's signature*

Hon. John A. Houston, United States District Judge
*Printed name and title*